IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | CR NO: 1:17-mj-075 SAB |
| v. | |
| ZEB STEVENS, | |
| Defendant. | |

**FILED MAY 10 2017**
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
☒ Ad Prosequendum    ☐ Ad Testificandum

Name of Detainee: ZEB STEVENS
Detained at: Merced County Jail
Detainee is:
  a.) ☐ charged in this district by: ☐ Indictment ☐ Information ☒ Complaint
      charging detainee with: 18 U.S.C. § 922(a)(1)(a) & 371-Dealing Firearms
  or b.) ☐ a witness not otherwise available by ordinary process of the Court /Without a License

Detainee will:
  a.) ☐ return to the custody of detaining facility upon termination of proceedings
  or b.) ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary FORTHWITH in the Eastern District of California.*

Signature: /s/ Kimberly A. Sanchez
Printed Name & Phone No: KIMBERLY A. SANCHEZ, 559/497-4000
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum    ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the Federal Bureau of Investigation for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH** and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: 5/10/17

Honorable Erica P. Grosjean
U.S. MAGISTRATE JUDGE

---

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | | ☒ Male ☐ Female | |
| Booking or CDC #: | 91473 (Global Subject Number) | DOB: | 10/24/1979 |
| Facility Address: | 700 W 22nd Street, Merced, CA | Race: | |
| Facility Phone: | | FBI#: | 998703HB9 |
| Currently | | | |

## RETURN OF SERVICE

Executed on: _____     _____
                                    (signature)