# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ZEB STEVENS,<br><br>　　　　Defendant. | CR NO: 1:17-mj-075 SAB<br><br>**FILED**<br>MAY 10 2017<br>CLERK, U.S. DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA<br>　DEPUTY CLERK |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
　　☒ Ad Prosequendum　　　　☐ Ad Testificandum

Name of Detainee:　ZEB STEVENS
Detained at:　Merced County Jail
Detainee is:　a.)　☐ charged in this district by:　☐ Indictment　☐ Information　☒ Complaint
　　　　　　　　　　charging detainee with:　18 U.S.C. § 922(a)(1)(a) & 371-Dealing Firearms
　　　or　b.)　☐ a witness not otherwise available by ordinary process of the Court /Without a License

Detainee will:　a.)　☐ return to the custody of detaining facility upon termination of proceedings
　　　or　b.)　☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary FORTHWITH in the Eastern District of California.*

Signature:　/s/ Kimberly A. Sanchez
Printed Name & Phone No:　KIMBERLY A. SANCHEZ, 559/497-4000
Attorney of Record for:　United States of America

## WRIT OF HABEAS CORPUS
　　☒ Ad Prosequendum　　　　☐ Ad Testificandum

　　The above application is granted and the above-named custodian, as well as the Federal Bureau of Investigation for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH** and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: 5/10/17

Honorable Erica P. Grosjean
U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | | ☒ Male　☐ Female | |
| Booking or CDC #: | 91473 (Global Subject Number) | DOB: | 10/24/1979 |
| Facility Address: | 700 W 22nd Street, Merced, CA | Race: | |
| Facility Phone: | | FBI#: | 998703HB9 |
| Currently | | | |

## RETURN OF SERVICE

Executed on: _____　　　_____
　　　　　　　　　　　　　　　(signature)